**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6594

ALLEN RAY JOHNSON,

Defendant - Appellant,

versus

UNITED STATES OF AMERICA,

Plaintiff - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CR-01-167)

Submitted: June 9, 2004          Decided: June 18, 2004

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Allen Ray Johnson, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Allen Ray Johnson appeals from the district court's order denying his motion for release on bond. We may exercise jurisdiction only over final orders, see 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders. See 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The district court's denial of bond falls within the collateral order doctrine and is immediately appealable. See Pagan v. United States, 353 F.3d 1343, 1345-46 (11th Cir. 2003) (collecting cases adopting rule). We have reviewed the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Johnson, No. CR-01-167 (E.D.N.C. Mar. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED